

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAREN MANNING (01) | No. 3:15-CR-286-N |

# INFORMATION

The United States Attorney charges:

### Count One
### Subscribing to a False and Fraudulent U.S. Individual Income Tax Return
### (Violation of 26 U.S.C. § 7206(1))

1. On or about April 15, 2009, in the Dallas Division of the Northern District of Texas, defendant, Karen Manning, a resident of Dallas, Texas, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and filed with the Internal Revenue Service, which said income tax return Manning did not believe to be true and correct as to every material matter in that Manning falsely reported $46,549 on line 1 of her Form 1040 Schedule C, as the gross receipts and sales of a business named "Millennium 2000" for the calendar tax year 2008, when in truth and in fact, as she then well knew and believed, she had received additional substantial gross receipts and sales for the calendar tax year of 2008.

In violation of 26 U.S.C. § 7206(1).

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS

/s/ Walt M. Junker
Walt M. Junker
Assistant United States Attorney
Texas State Bar Number 24038115
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone:    (214) 659-8600
Facsimile:     (214) 659-8805
E-Mail:  walt.junker@usdoj.gov